Slip Op. 20-150

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **SGS SPORTS INC.,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>     **Defendant,** | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 18-00128 |

### ORDER GRANTING PLAINTIFF'S MOTION FOR REHEARING

Upon consideration of Plaintiff SGS Sports Inc.'s Motion For Rehearing, ECF No. 41, Sept. 8, 2020 ("Plaintiff's Motion"), and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiff's Motion is granted; and it is further

**ORDERED** that Slip Opinion 20-113, ECF No. 39, and the accompanying Judgment, ECF No. 40, are set aside; and it is further

**ORDERED** that this matter is set for trial on a date to be scheduled by the court.

                                                                       /s/ Jennifer Choe-Groves
                                                           Jennifer Choe-Groves, Judge

Dated:   October 22, 2020
            New York, New York