# ERRATA

<u>SGS Sports Inc. v. United States</u>, Court No. 18-00128, Slip Op. 23-20, dated February 17, 2023.

Page 27:   In line 4, replace "Plaintiff" with "Defendant"

Page 27:   In line 6, replace "Pl.'s" with "Def.'s"

Page 27:   In line 7, replace "Plaintiff's" with "Defendant's"

February 24, 2023